IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| LOUIS GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-CV-00191-C |
| | § | |
| WALLY HATCH, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and was granted leave to proceed *in forma pauperis*. On May 10, 2021, the Court found that Plaintiff was no longer incarcerated and ordered him to pay full filing fee within twenty (20) days if he wishes to pursue this civil action. Plaintiff was also advised that failure to timely pay the filing fee would result in dismissal of his case without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or to comply with a court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash Railroad*, 370 U.S. 626, 629-30 (1962); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997). Because Plaintiff has failed to pay the filing fee, this case cannot proceed.

The Court, therefore, finds that Plaintiff's complaint should be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Judgment shall be entered accordingly.

Plaintiff is admonished that if he re-files his complaint, he must either pay the full filing fee of $402.00 or file an application to proceed *in forma pauperis*.

Dated June __9__, 2021.

SAM R. CUMMINGS
Senior United States District Judge